UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| SAMI ARIM, et al., | No. C 11-01544 LB |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| FIRST HORIZON HOME LOANS, et al., | |
| Defendants. | |

On March 30, 2011, Plaintiffs Sami Arim and Luciana Arim filed a complaint against Defendants First Horizon Home Loans, First Tennessee Bank, N.A., and Assured Lender Services. Complaint, ECF No. 1.[1] The Clerk issued a summons as to each Defendant on April 1, 2011. *See* Clerks Notice, ECF No. 3.

On May 11, 2011 and again on August 19, 2011, the Clerk requested Plaintiffs consent or decline to proceed before a United States Magistrate Judge. *See* ECF Nos. 4-5. Plaintiffs did not respond to the clerk's notices. Nor have plaintiffs filed any evidence that they have served any Defendant within the 120-day time period provided by Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiffs are **HEREBY ORDERED TO SHOW CAUSE** why the court should not dismiss Defendants First Horizon Home Loans, First Tennessee Bank, N.A., and Assured Lender Services with prejudice for failure to prosecute. Plaintiffs shall file a response to this order to show

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page number at the top of the document.

C 11-01544 LB (ORDER TO SHOW CAUSE)

cause by October 1, 2012. If the court does not receive Plaintiffs' response by October 1, 2012, it will reassign the matter to a United States District Court Judge who may dismiss Plaintiffs' complaint without further notice.

**IT IS SO ORDERED.**

Dated: September 13, 2012

_____
LAUREL BEELER
United States Magistrate Judge