**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMI ARIM, et al.,

    Plaintiffs,

  v.

FIRST HORIZON HOME LOANS, et al.,

    Defendants.
_____/

No. C 11-1544 MMC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING ACTION WITHOUT PREJUDICE**

    Before the Court is Magistrate Judge Laurel Beeler's Report and Recommendation, filed December 17, 2012, by which Magistrate Judge Beeler recommends the Court dismiss the above-titled action without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), for failure to serve defendants. No objections to the Report and Recommendation have been filed.

    Having reviewed the matter de novo, the Court, for the reasons expressed therein, hereby ADOPTS the Report and Recommendation in its entirety.

    Accordingly, the above-titled action is hereby DISMISSED without prejudice, pursuant to Rule 4(m).

    **IT IS SO ORDERED.**

Dated: January 4, 2013

                                      MAXINE M. CHESNEY
                                      United States District Judge