IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI ARIM, et al., | No. C 11-1544 MMC |
| Plaintiffs, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| FIRST HORIZON HOME LOANS, et al., | |
| Defendants. / | |

Before the Court is Magistrate Judge Laurel Beeler's Report and Recommendation, filed December 17, 2012, by which Magistrate Judge Beeler recommends the Court dismiss the above-titled action without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), for failure to serve defendants. No objections to the Report and Recommendation have been filed.

Having reviewed the matter de novo, the Court, for the reasons expressed therein, hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby DISMISSED without prejudice, pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: January 4, 2013

MAXINE M. CHESNEY
United States District Judge